JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYTLE DEVELOPMENT JOINT VENTURE II, a California general partnership<br><br>          Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No.  SACV 09-555-JVS (MLGx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

GOOD CAUSE APPEARING from the Stipulation of the Parties, and the matter having been settled in its entirety, the above-captioned case is ordered dismissed with prejudice.

Dated: February 16, 2010

_____
Judge James V. Selna
Judge of the United States District Court